James Cai (SBN 200189)
Christopher W. Loweth (SBN 201805
Justin C. Rono (SBN 319075)
SAC ATTORNEYS LLP
1754 Technology Drive, Suite 122
San Jose, CA 95110
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

Steven P. Cohn (SBN 96808)
ADVOCACY CENTER FOR
EMPLOYMENT LAW
2084 Alameda Way
San Jose, CA 95126
Telephone: (408) 557-0300
Facsimile: (408) 557-0309

Attorneys for Plaintiff
VIVEK VERMA

Attorneys for Defendant
GLOBAL EDGE SOFTWARE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| VIVEK VERMA., <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL EDGE SOFTWARE INC., and DOES 1-10, inclusive, <br><br> Defendant. | Case No.: 5:18-cv-04140-NC <br><br> **STIPULATION OF DISMISSAL [FRCP 41(A)] AND** <br> **[PROPOSED] ORDER OF DISMISSAL** <br><br> Judge: Magistrate Judge Nathanael M. Cousins |

Plaintiff Vivek Verma and Defendant Global Edge Software, Inc. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: September 11, 2019         SAC ATTORNEYS LLP

By: _/s/ Christopher W. Loweth, Esq. __

James Cai
Christopher W. Loweth
Justin C. Rono

Attorneys for Plaintiff Vivek Verma

Dated: September 11, 2019

ADVOCACY CENTER FOR EMPLOYMENT LAW

By: /s/ Steven P. Cohn, Esq._____

Steven P. Cohn
Attorney for Defendant Global Edge Software, Inc.

### **ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, Christopher W. Loweth, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: _/s/ Christopher W. Loweth,_____
Christopher W. Loweth

**[PROPOSED] ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of actions, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: September 11, 2019

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF SERVICE

On September 11, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

    /s/ Christopher W. Loweth
    Christopher W. Loweth,